```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., as Broadcast Licensee of the June 8, 2002 LEWIS/TYSON Program, | CV-05-3022-EFS |
| Plaintiff, | |
| vs. | CLERK'S ORDER OF DEFAULT |
| PEDRO CORDOVA, Individually, and d/b/a SONORA'S RESTAURANT AND LOUNGE and SONORA'S RESTAURANT AND LOUNGE; CAROLINA M. LOPEZ a/k/a CAROLINA MADRIGAL a/k/a CAROLINA M. PANIAGUA, Individually, and as officer, director, shareholder and/or principal of COLIMA, INC. d/b/a COLIMA MEXICAN RESTAURANT & BAR a/k/a COLIMA RESTAURANT a/k/a COLIMA RESTAURANT AND LOUNGE, and COLIMA, INC. d/b/a COLIMA MEXICAN RESTAURANT & BAR a/ka/a COLIMA RESTAURANT a/k/a COLIMA RESTAURANT AND LOUNGE, | |
| Defendants. | |

It appearing that defendants CAROLINA M. LOPEZ, individually, and COLIMA, INC. d/b/a COLIMA MEXICAN RESTAURANT & BAR a/k/a COLIMA RESTAURANT AND LOUNGE, have failed to answer, plead, or otherwise defend, their default is hereby entered.

DATED this 19th day of September, 2005.

s/ James R. Larsen
James R. Larsen
District Court Executive
Clerk of Court

Clerk's Order of Default - 1
05cv3022EFS.wpd