1
2
3
4
5
6          UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF WASHINGTON
7
8  GARDEN CITY BOXING CLUB,
   INC., as Broadcast Licensee
9  of the June 8, 2002,                NO. CV-05-3022-EFS
   LEWIS/TYSON Program,
10
                Plaintiff,              **ORDER GRANTING MOTION FOR**
11                                      **DEFAULT JUDGMENT AND ENTERING**
           v.                           **DEFAULT JUDGMENT**
12
   PEDRO CORDOVA, Individually,
13 and d/b/a SONORA'S RESTAURANT
   AND LOUNGE, and SONORA'S
14 RESTAURANT AND LOUNGE;
   CAROLINA M. LOPEZ a/k/a/
15 CAROLINA MADRIGAL a/k/a/
   CAROLINA M. PANIAGUA,
16 Individually, and as officer,
   director, shareholder and/or
17 principal of COLIMA, INC.
   d/b/a/ COLIMA MEXICAN
18 RESTAURANT & BAR a/k/a/
   COLIMA RESTAURANT a/k/a
19 COLIMA RESTAURANT AND LOUNGE,
   and COLIMA, INC. D/b/a COLIMA
20 MEXICAN RESTAURANT & BAR
   a/ka/a COLIMA RESTAURANT
21 a/k/a COLIMA RESTAURANT AND
   LOUNGE
22
                Defendants.
23
24
       Before the Court, without oral argument, is Plaintiff's Motion for
25
   Default Judgment (Ct. Rec. 14) filed on September 30, 2005.   After
26

ORDER ~ 1

considering the submitted materials, including Plaintiff's and counsel's affidavits, and the records and files herein, the Court hereby finds:

1. A Clerk's Order of Default (Ct. Rec. 13) was entered against Defendants Carolina M. Lopez, individually, and Colima, Inc. d/b/a Colima Mexican Restaurant & Bar a/k/a Colima Restaurant and Lounge on September 19, 2005.

2. Plaintiff is entitled to a damages award and permanent injunction against Defendants Carolina M. Lopez, individually, and Colima, Inc. d/b/a Colima Mexican Restaurant & Bar a/k/a Colima Restaurant and Lounge under 47 U.S.C. § 605(e)(3)(C) due to a wilful violation of 47 U.S.C. § 605(a) for the purpose of direct or indirect commercial advantage.

3. No just reason for delay of entry of final judgment against Defendants Carolina M. Lopez, individually, and Colima, Inc. d/b/a Colima Mexican Restaurant & Bar a/k/a Colima Restaurant and Lounge exists and, therefore, the Court directs entry of final judgment as to Plaintiff's claims against these Defendants pursuant to Federal Rule of Civil Procedure 54(b).

Based upon the foregoing, **it is hereby, ORDERED, ADJUDGED AND DECREED**:

1. Plaintiff's Motion for Default Judgment **(Ct. Rec. 14)** is **GRANTED**.

2. Plaintiff is awarded judgment against **Defendants Carolina M. Lopez** and **Colima, Inc. d/b/a Colima Mexican Restaurant & Bar a/k/a Colima Restaurant and Lounge**, jointly and severally:

      a.    in the amount of **$2,000** in just statutory damages under 47 U.S.C. § 605(e)(3)(C)(i)(II) for the violation of 47 U.S.C. § 605(a),

      b.    in the amount of **$4,000** in just statutory damages under 47 U.S.C. § 605(e)(3)(C)(ii) for committing a wilful violation of 47 U.S.C. § 605(a) for the purpose of direct or indirect commercial advantage, and

      c.    in the amount of **$2,105.00** for recovery of full costs, including reasonable attorneys fees, under 47 U.S.C. § 605(e)(3)(B)(iii).

3.    The Judgment shall **permanently enjoin and restrain** Defendants Carolina M. Lopez, individually, and Colima, Inc. d/b/a Colima Mexican Restaurant & Bar a/k/a Colima Restaurant and Lounge, any of their servants, employees, agents, and persons acting in concert with them or acting on their behalf, from engaging in the unauthorized reception and interception, whether by air or cable, of Plaintiff's programming, signals or services, or in aiding and abetting any such acts, and are hereby permanently enjoined and restrained from connecting to, attaching, splicing into, tampering with or in any way using Plaintiff's cable wiring without Plaintiff's authorization, and are hereby permanently enjoined and restrained from manufacturing, selling, purchasing, obtaining, using, or possessing any device or equipment capable of unscrambling, intercepting, receiving, decoding, transmitting, providing, or making available all or part of Plaintiff's programming or services without Plaintiff's express authorization.

///

ORDER ~ 3

1     **IT IS SO ORDERED.** The District Court Executive is directed to:

2     (A) Enter this Order,

3     (B) Enter Judgment accordingly in favor of Plaintiff,

4     (C) Provide copies of this Order and Judgment to counsel and parties, and

6     (D) Close this file.

7     **DATED** this 20th day of October, 2005.

                              S/ Edward F. Shea
                              EDWARD F. SHEA
                        United States District Judge

Q:\Civil\2005\3022.defaultjudg.wpd

ORDER ~ 4